UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

E.I. DU PONT DE NEMOURS
AND COMPANY,

                     Plaintiff,

    v.

REPRESENTATIVES OF EQUIPMENT,
PRODUCTS & SERVICES, INC.

                    Defendant.

———————————————————————— x

**JUDGE DANIELS**

**07 CIV 4146**

CIVIL ACTION NO.:

RULE 7.1 STATEMENT



RECEIVED
MAY 29 2007
U.S.D.C. S.D. N.Y.
CASHIERS

### RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>E.I. du Pont de Nemours and Company</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said which are publicly held.

      Plaintiff, E.I. du Pont de Nemours and Company ("DuPont") is a publicly owned corporation.

      However, plaintiff DuPont has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

Date: <u>May 29, 2007</u>    Signature of Attorney _____

                                    Attorney Bar Code: SD4120