UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE# 07 CIV 4146
Filing Date: 5/29/2007

E.I. DU PONT DE NEMOURS AND COMPANY

**Plaintiff(s)**

against

REPRESENTATIVES OF EQUIPMENT, PRODUCTS & SERVICES, INC.

**Defendant(s)**

*AFFIDAVIT OF SERVICE*

**STATE OF TEXAS, COUNTY OF HARRIS** ss: **GENE TOULOUZA** The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the **STATE OF TEXAS**
That on **MAY 31, 2007** at 8:15AM., at 12029 NAUGHTON STREET, HOUSTON, TEXAS 77024
Deponent served the within **SUMMONS AND COMPLAINT**
☒ Papers served had endorsed thereon index # and date of filing
On **REPRESENTATIVES OF EQUIPMENT, PRODUCTS & SERVICES, INC. (R.E.P.S.)**

**INDIVIDUAL**
1. ☐ by delivering a true copy of each to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a DOMESTIC corporation, by delivering thereat a true copy of each to **GREG NELSON (PRESIDENT)** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be **AUTHORIZED TO ACCEPT SERVICE** thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's ☐ actual place of business ☐ dwelling place ☐ usual place of abode ☐ last known address— within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's ☐ actual place of business ☐ dwelling place ☐ last known address---within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING Use with 3 or 4**
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in ☐ first class envelope ☐ certified envelope  same day properly addressed to defendant's last known residence ☐ defendant's actual place of business at
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State on
5. ☐ ☐ The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH**
6. ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Bald | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 160-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☒ Over 6' | ☒ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES**
7. ☐ At the time of said service, deponent paid (tendered) in advance $ _____ the authorized traveling expenses and one day's witness fee.

**MILITARY SERVICE**
8. ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and grounds of my belief are the conversations and observations above narrated   Upon information and belief I aver that the recipient is not in military service of New York or of the United States as that term is defined in either the State or in the Federal Statutes.

Sworn to before me on

MAY 31, 2007

X _____

ANAYELI RAMIREZ
Notary Public, State of Texas
My Commission Expires
May 05, 2010

X _____
GENE TOULOUZA