UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
E.I. DU PONT DE NEMOURS
AND COMPANY,

                    Plaintiff,

              v.                               CIVIL ACTION NO.:
                                           07 CIV 4146 (GBD)

REPRESENTATIVES OF EQUIPMENT, PRODUCTS, &
SERVICES, INC.

                    Defendant.         JURY TRIAL DEMANDED

------------------------------------------------------------------ x

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, E.I. du Pont de Nemours and Company ("DuPont"), voluntarily dismisses this case without prejudice, in accordance with Rule 41 (a)(1) of the Federal Rules of Civil Procedure. Defendant has not filed an Answer in this action.

CROWELL & MORING, LLP

Dated: October 2, 2007                By: _____
                                                      Dickerson M. Downing (SD4120)
                                                        CROWELL & MORING, LLP
                                                        153 East 53rd Street
                                                        31st Floor
                                                        New York, NY 10022
                                                        (212) 223-4000
                                                         ddowning@crowell.com

                                                        *Attorney for Plaintiff*
                                                        *E.I. du Pont de Nemours and Company*

NYIWDMS: 10042762_1