UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

E. I. DU PONT DE NEMOURS AND CO.,

                Plaintiff,

            -against-

REPRESENTATIVES OF EQUIPMENT,
PRODUCTS, & SERVICES, INC.,

                Defendant.

------------------------------------------------x

07 CV 4146 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

On October 2, 2007, plaintiff filed a notice of voluntary dismissal (Document 5). This case is dismissed without prejudice and the Docket Clerk is hereby instructed to close the case.

Dated: January 23, 2008
      New York, New York

SO ORDERED:

*[signature: George B Daniels]*

GEORGE B. DANIELS
United States District Judge